## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---

Ceridian HCM, Inc.,

               Plaintiff,

      vs.

Santa Ynez Band of Chumash Indians and
Chumash Casino Resort Enterprise,

               Defendants.

Case No. 15-cv-02050-JNE-BRT

**NOTICE OF DISMISSAL WITHOUT PREJUDICE UNDER FEDERAL RULE OF CIVIL PROCEDURE 41(a)**

---

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Ceridian HCM, Inc., through its undersigned counsel, hereby provides notice that it is voluntarily dismissing all of its claims in this action without prejudice.

Date:  April 27, 2015

**OPPENHEIMER WOLFF & DONNELLY, LLP**

By: s/Elizabeth A. Patton
    Gary Hansen (#40617)
    Elizabeth A. Patton (#391431)

Campbell Mithun Tower - Suite 2000
222 South Ninth Street
Minneapolis, Minnesota 55402-3338
Telephone:   612-607-7000
Facsimile:    612-607-7100
Email: ghansen@oppenheimer.com
      epatton@oppenheimer.com

**ATTORNEYS FOR CERIDIAN HCM, INC.**